UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| United States of America | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. EDMO 4:97-CR-0047-GFG |
| | ) |
| Peter J. Serrano, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Cash Bail in the amount of $500.00 was posted in the above-styled matter in the United States District Court-Eastern District of Missouri. These funds were received on behalf the United States District Court-District of New Mexico, and therefore, the Clerk of the United States District Court-Eastern District of Missouri is hereby ORDERED to forward the funds collected to: Clerk, U.S. District Court-District of New Mexico, Pete V. Domenici US Courthouse, Suite 270, 333 Lomas Blvd NW, Albuquerque, NM 87102.

Dated this 21st day of February, 2006.

**/s/ Jean C. Hamilton**
**UNITED STATES DISTRICT JUDGE**